# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-13-00428-CV

**Oncor Electric Delivery Company LLC**

**v.**

**William E. Brown and Helen W. Brown as Trustees of the William E. Brown and Helen W. Brown Revocable Living Trust**

(No. 26,012 IN 46TH DISTRICT COURT OF WILBARGER COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $10.00 | E-PAID | Cynthia B Ayres |
| Motion fee | $10.00 | E-PAID | Cynthia B Ayres |
| Indigent | $25.00 | E-PAID | Edwin L Meador |
| Supreme Court chapter 51 fee | $50.00 | E-PAID | Edwin L Meador |
| Filing | $100.00 | E-PAID | Edwin L Meador |
| Statewide efiling fee | $20.00 | E-PAID | Edwin L Meador |

**Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: 0.00**

*Court costs in this cause shall be paid as per*
*the Judgment issued by this Court.*

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on January 23, 2015.

*Vivian Long*
**VIVIAN LONG, CLERK**